UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
MAIROBY HERNANDEZ, Individually, and : Case No.: 1:23-cv-00160-JGK
On Behalf of All Others Similarly Situated, :
:
Plaintiff, :
vs. : **NOTICE OF VOLUNTARY DISMISSAL**
:
:
PEAK PERFORMANCE LIFE, LLC, :
:
Defendant. :
:
---------------------------------------------------------------x

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Mairoby Hernandez hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice against defendant Peak Performance Life, LLC

DATED:  March 29, 2023                **MIZRAHI KROUB LLP**

                                              /s/ William J. Downes
                                          WILLIAM J. DOWNES

EDWARD Y. KROUB
WILLIAM J. DOWNES
225 Broadway, 39th Floor
New York, NY  10007
Telephone:  212/595-6200
212/595-9700 (fax)
ekroub@mizrahikroub.com
wdownes@mizrahikroub.com

*Attorneys for Plaintiff*